# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Wisconsin

| | | |
|---|---|---|
| **Kathy James** | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  23-cv-0606-bhl |
| **Martin O'Malley** | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  pursuant to the Court's Order and pursuant to sentence four of 42 U.S.C. Section 405(g), the Commissioner of Social Security's decision is remanded for further proceedings, and this action is dismissed

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Brett H. Ludwig _____
on a joint motion for remand.

Date:  _____January    8,   2024_____

CLERK OF COURT

Julie D. _____
*Signature of Clerk or Deputy Clerk*